IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY ELIZABETH BERNA,<br><br>  Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>  Defendant. | CASE NO. 1:20-cv-01535-GSA<br><br>MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER<br><br>(Doc. 13) |

Defendant Andrew Saul, Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record (Dkt. 5 at 1). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

Dated: April 15, 2021                      Respectfully submitted,

                                           PHILLIP A. TALBERT
                                           Acting United States Attorney

                                           */s/ Benjamin E. Hall*
                                           BENJAMIN E. HALL
                                           Assistant U.S. Attorney

IT IS SO ORDERED.

   Dated:  **April 15, 2021**              **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE