UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY ELIZABETH BERNA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NUMBER: 1:20-cv-01535-GSA<br><br>**ORDER OF REMAND AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF** |

　　　Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and to Entry of Judgment ("Stipulation to Remand", Doc. 17), and for cause shown, it is **ordered** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand (Doc. 17).

　　　The Clerk of Court is **directed** to enter a final judgment in favor of Plaintiff Lacey Elizabeth Berna, and against Defendant Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

　Dated:　**June 10, 2021**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1