UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LACEY ELIZABETH BERNA,<br>    Plaintiff,<br>    v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>    Defendant. | CIVIL NO. 1:20-cv-01535-GSA<br><br>**ORDER AWARDING FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT PURSUANT TO STIPULATION** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (Doc. 20), **IT IS ORDERED** that fees and expenses in the amount of $748.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:  **August 23, 2021**           /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE